No. 98–7261. LYLES v. PAGE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 98–8290. ORTIZ-PEREZ ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–8387. WILLIAMS v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 98–8395. DAVIS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 98–8769. HUNDLEY v. CITY OF PITTSBURGH ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–8772. PHELPS v. MILLS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–8774. RELFORD v. HOUSTON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 98–8781. MUNICI v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 98–8783. MARTIN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–8786. ALLEN v. EMPLOYMENT DEPARTMENT ET AL. Ct. App. Ore. Certiorari denied.

No. 98–8793. TRIPLETT v. LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied.

No. 98–8794. OMOSEFUNMI v. MERRIMACK COUNTY HOUSE OF CORRECTIONS ET AL. C. A. 1st Cir. Certiorari denied.

No. 98–8797. CHAPPELL v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 98–8803. BUFORD v. FLORIDA DIVISION OF DRIVER LICENSES ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–8805. ORLOWSKI v. CITY OF COCOA BEACH, FLORIDA. Sup. Ct. Fla. Certiorari denied.